IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYRONE MARTIN,

    *Petitioner,*

v.

THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, *et al.*,

    *Respondents.*

CIVIL ACTION
NO. 15-0694

## ORDER

**AND NOW**, this 12th day of February, 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge David R. Strawbridge, (ECF No. 38), Tyrone Martin's objections thereto, (ECF No. 40), and Martin's Rule 60(b) Motion, (ECF No. 43), it is hereby **ORDERED** that:

1. Martin's objections are **OVERRULED** and Magistrate Judge Strawbridge's Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Martin's Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

3. No certificate of appealability shall issue;[3]

4. Martin's Rule 60(b) Motion is **DENIED**; and

5. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[3] No reasonable jurist would disagree with the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).